FILED

06/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0138

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA 24-0138

The Estate of William Harris III,

       Counter-Plaintiff and
       Appellant,

v.

Michael Reilly,

       Counter-Defendant and
       Appellee.

**ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Pursuant to the Unopposed Motion for Extension of Time to File Opening Brief filed by Appellant, the Estate of William Harris III, and good cause appearing therefrom,

IT IS HEREBY ORDERED, that Appellant shall have 30 days from the date the transcript is filed with the Court in which to file its Opening Brief, and that the Court will notify the parties when the transcript has been received.

Dated this _____ day of June, 2024.

_____
Clerk of the Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 11 2024